**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 444-1546
*e-mail: vshjah@aol.com*

Attorney for Defendant
**ANA MARIA CORTON**

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, | **CR-S-01-0112 FCD** |
| Plaintiff, | **ORDER** |
| v. | |
| **ANA MARIA CORTON**, | |
| Defendant. | |

   Based upon the stipulation of the parties, IT IS HEREBY ORDERED that Ana M. Corton's supervised release is terminated.

DATE: January 27, 2006            /s/Frank C. Damrell, Jr.
                                  FRANK C. DAMRELL, JR.
                                  United States Dist. Judge